**Shirley Soper**

Company: 2501235
Number: 2501444
Social Security #: XXX-XX-3307
Hire Date: 8/30/2017

Period Begin: 10/1/2017
Period End: 10/14/2017
Check Number: 3039442
Check Date: 10/20/2017

Division:
Branch: Waterville
Department: L0LPN
Team:

Astoria Place of Waterville
555 Anthony Wayne Trail
Waterville, OH 43566 419-878-3901

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 25.80 | 41.25 | 1064.25 | 2076.90 |
| Retro Pay | | 25.80 | 0.00 | 1.86 | 1.86 |
| WE ($0.25) | | 0.25 | 0.00 | 1.86 | 1.86 |
| | | | 41.25 | 1067.97 | 2080.62 |

Total Earnings
NET PAY  861.51

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/2) (1067.97) | 82.26 | 110.63 |
| OASDI (1067.97) | 66.21 | 128.99 |
| Medicare (1067.97) | 15.49 | 30.17 |
| OH (SM/2) (1067.97) | 21.14 | 32.24 |
| Waterville Village Work-In Tax | 21.36 | 41.61 |
| Net Checking | | 875.47 |
| Total Deductions | 206.46 | 1219.11 |
| Total Direct Deposits | 0.00 | |
| Check Amount | 861.51 | 861.51 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

# Affidavit regarding ~~[redacted]~~ Social Security

I, _____Larry A. Soper_____, due hereby state under oath and penalty of perjury that I receive the sum of $_____2,312_____ per month for retirement/pension income.

_____*/s/ Larry R. Soper*_____
Debtor

The foregoing document was sworn to and subscribed to in my presence by _____Larry A. Soper_____, this the ___20___ day of _____October_____, ___2017___.

[Notary seal: BRIAN A. HILER, Notary Public - State of Ohio, My Commission has no Expiration Date, Section 147.03 ORC]

_____*/s/*_____
Notary Public

# Affidavit Regarding ~~Social Security~~ Pension Income

I, \_\_\_\_\_Larry R. Soper\_\_\_\_\_, due hereby state under oath and penalty of perjury that I receive the sum of $ \_\_1,172\_\_ per month for Social Security income.

\_\_\_\_\_/s/ Larry R. Soper\_\_\_\_\_
Debtor

The foregoing document was sworn to and subscribed to in my presence by \_\_\_\_\_Larry R. Soper\_\_\_\_\_, this the \_\_20\_\_ day of \_\_October\_\_, \_2017\_.

BRIAN A. HIZER
Notary Public - State of Ohio
My Commission has no Expiration Date
Section 147.03 ORC

\_\_\_\_\_/s/\_\_\_\_\_
Notary Public

# Affidavit Regarding Social Security Income

I, _____Shirley A. Soper_____, due hereby state under oath and penalty of perjury that I receive the sum of $ ___642_____ per month for Social Security income.

_____
Debtor

The foregoing document was sworn to and subscribed to in my presence by _____Shirley A. Soper_____, this the _____20_____ day of _____October_____ _____, 2017__.

_____
Notary Public